IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WALTER SCHIERONI, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-663 |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER

This case was administratively closed at the plaintiffs' request. The reasons for doing so have expired and the parties have proceeded. The case is formally reopened.

The defendant Deutsche Bank moved to dismiss for insufficient service of process. The plaintiffs responded by stating that they had properly served the defendant. The record does not, however, reflect service. No later than January 7, 2011, the parties are to file a statement advising the court of the status of service.

The defendant notified the court that the plaintiffs have filed for bankruptcy under Chapter 7, in Case No. 10-38851. No later than January 7, 2011, the parties are to file a statement on the effect of the bankruptcy filing on this case.

SIGNED on December 10, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge