**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| WALTER SCHIERONI, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-663 |
| § | |
| DEUTSCHE BANK NATIONAL TRUST § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

**ORDER OF DISMISSAL**

For the reasons stated in the court's Memorandum and Opinion of even date, this action is DISMISSED with PREJUDICE.

SIGNED on August 18, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge